# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0531. RAYMOND JONES v. THE STATE.

In April 2026, Jones filed a motion for leave to file an out-of-time appeal from his July 2024 guilty plea. The trial court dismissed that motion, and Jones filed this application for discretionary appeal. We lack jurisdiction.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), our Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal, and that any remedy involving an out-of-time appeal must be sought in habeas corpus. In response, the legislature enacted OCGA § 5-6-39.1, which became effective on May 14, 2025. This statute allows defendants to seek out-of-time relief if the defendant moves for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, OCGA § 5-6-39.1 (a), or if the defendant had an out-of-time motion or appeal dismissed under *Cook*. OCGA § 5-6-39.1 (b).

As the trial court correctly concluded, neither subsection of OCGA § 5-6-39.1 applies to this case. Jones did not file his motion for leave to file an out-of-time appeal within 100 days from the expiration of the time period for filing an appeal, nor did he have his motion or appeal dismissed under *Cook*.

For these reasons, this Court lacks jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __06/08/2026__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*